**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Vanessa L. Ray v. The Life of Sterling Woods

Appellate case number:   01-22-00534-CV

Trial court case number:  1186025

Trial court:                    County Civil Court at Law No. 2

On July 6, 2022, the trial court rendered a final judgment, awarding possession to appellee. Appellant filed a notice of appeal from the trial court's final judgment on July 12, 2022. On July 20, 2022, the trial court set aside its July 6, 2022 final judgment. It now appears there is no final judgment in this case.

Generally, a Texas appellate court has jurisdiction to hear only an appeal from a final judgment. *Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). However, appellate courts have jurisdiction to consider immediate appeals of interlocutory orders if a statute explicitly provides appellate jurisdiction. *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998); *New York Underwriters Ins. Co. v. Sanchez*, 799 S.W.2d 677, 679 (Tex. 1990); *see also* TEX. CIV. PRAC. & REM. CODE § 51.014 (statutory list of appealable interlocutory orders). Because it appears that the record does not have a final judgment, the Court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Unless appellant files a response demonstrating by citation to the law that this Court has jurisdiction of the appeal, this appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Appellant's response, if any, is **due in this Court no later than 5:00 p.m. Friday, October 7, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____

☒ Acting individually ☐ Acting for the Court


Date: ___September 22, 2022_____